**Order entered August 29, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00195-CR

### VINCENT BERNARD JENKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53064-V**

## ORDER

The Court **REINSTATES** this appeal.

On July 7, 2014, we ordered the trial court to make findings of fact regarding whether the record could be supplemented with the State's notice to seek enhancement on punishment. We **ADOPT** the findings that: (1) the record can be supplemented with the State's notice to enhance the punishment range; (2) prosecutor Summer Elmazi sent "Notice of State's Intent to Enhance Punishment Range" to trial counsel Deandra Grant via facsimile on June 16, 2011; and (3) the June 16, 2011 Notice of State's Intent to Enhance Punishment Range was included in the supplemental record.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE